# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| **James Campbell** )<br>)<br>*Plaintiff* )<br>)<br>)<br>v. )<br>)<br>)<br>**Cabarrus County Board of Commissioners and Steve** )<br>**Morris, in his official capacity as Board Chairman** )<br>)<br>*Defendant* | Civil Action No. 24cv975 |

## AFFIDAVIT OF SERVICE

I, Yehonatan Kapach, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Cabarrus County Board of Commissioners in Cabarrus County, NC on December 5, 2024 at 2:07 pm at 65 Church Street South, Concord, NC 28025 by workplace substituted service by leaving the documents at the usual workplace of Cabarrus County Board of Commissioners with Mike Downs who is the County Manager for Cabarrus County Board of Commissioners.

Complaint
Notice of Right to Consent
Summons
Right to Consent Form

Additional Description:
Documents were handed to County Manager, Mike Downs

White Male, est. age 55-64, glasses: Y, Gray hair, 160 lbs to 180 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=35.4100423116,-80.5785010924
Photograph: See Exhibit 1


Total Cost: $195.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Mecklenburg County, NC on 12/9/2024.

/s/ *Yehonatan Kapach*

Signature
Yehonatan Kapach
+1 (980) 987-9020







