| | |
|---|---|
| **JAMES CAMPBELL** )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>) | Civil Action No. 24cev975 |
| **CABARRUS COUNTY BOARD OF COMMISSIONERS; and STEVE MORRIS, in his official capacity as Board Chairman,** )<br>)<br>)<br>) | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Trina Swarray, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Steve Morris in Cabarrus County, NC on December 3, 2024 at 3:39 pm at 65 Church Street South, Concord, NC 28025 by workplace substituted service by leaving the documents at the usual workplace of Steve Morris with Richard Koch who is the Co-Employee of Steve Morris.

Complaint
Notice of Right to Consent
Right to Consent Form
Summons

White Male, est. age 45-54, glasses: N, Blonde hair, 200 lbs to 220 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=35.4099808284,-80.5784023803
Photograph: See Exhibit 1


Total Cost: $195.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in    Mecklenburg County   ,    NC    on    12/5/2024   .

/s/ *Trina Swarray*

Signature
Trina Swarray
+1 (980) 413-7229



