IN THE UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO. 1:24-CV-975

JAMES CAMPBELL,

    Plaintiff,

v.

CABARRUS COUNTY BOARD OF COMMISSIONS; AND STEVE MORRIS, IN HIS OFFICIAL CAPACITY AS BOARD CHAIRMAN,

    Defendants

**PROPOSED ORDER**

THIS CAUSE, being heard by the undersigned upon Motion of the Defendants, for an Order extending the time within which to respond to Plaintiff's Complaint, pursuant to Rule 6 of the Federal Rules of Civil Procedure and LR 6.1(a) of the Rules of Practice and Procedure for the United States District Court for the Middle District of North Carolina; and

IT APPEARING to the Court that the time allowed has not expired and that the Motion should be allowed;

IT IS THEREFORE ORDERED THAT the time for the Defendants to respond to Plaintiff's Complaint be extended up to, and including, January 23, 2025.

This the _____ day of December, 2024.

_____