IN THE UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:24-CV-975

JAMES CAMPBELL,

    Plaintiff,

v.

CABARRUS COUNTY BOARD OF COMMISSIONS; AND STEVE MORRIS, IN HIS OFFICIAL CAPACITY AS BOARD CHAIRMAN,

    Defendants

**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

NOW COME Defendants, Cabarrus County Board of Commissioners and Steve Morris, in his official capacity as Board Chairman ("Defendants"), by and through the undersigned counsel and hereby move the court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for an Order dismissing Plaintiff's Complaint as to any and all claims alleged against Defendants.

This the 23rd day of January, 2025.

    /s/ JAMES D. MCALISTER
    Bar No: 35432
    McAngus Goudelock & Courie
    Post Office Box 30307
    Charlotte, North Carolina 28230
    Phone: (704) 405-4638
    Fax: (704) 643-2376
    Email: jmcalister@mgclaw.com

Attorney for Cabarrus County Board of Commissioners and Steve Morris, in his official capacity as Board Chairman

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

>Email: bdougherty@libertyjusticecenter.org
>M.E. Buck Dougherty
>Liberty Justice Center
>7500 Rialto Boulevard, Suite 1-250
>Austin, Texas 78735
>Attorney for James Campbell

>Email: tshelton@dowlingfirm.com
>Troy D. Shelton
>Dowling PLLC
>3801 Lake Boone Trail, Suite 260
>Raleigh, North Carolina 27607
>Attorney for James Campbell

/s/ JAMES D. MCALISTER