# DESIGNATION OF A UNITED STATES JUDGE
# FOR SERVICE WITHIN THE CIRCUIT

_____

The Honorable John Preston Bailey, U.S. District Judge for the Northern District of West Virginia, having indicated that he is willing and able to perform the duties of district judge in the United States District Court for the Middle District of North Carolina, and after determining that such an assignment is in the public interest,

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, Section 292(b), I do hereby designate and assign the Honorable John Preston Bailey to perform the duties of district judge in the United States District Court for the Middle District of North Carolina for the period of January 1, 2025, through June 30, 2025, and for such time as needed in advance to prepare and thereafter as required to complete unfinished business in the matters.

_____
Albert Diaz
Chief Judge
Fourth Circuit

Dated: October 23, 2024