UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 24cv975

| | |
|---|---|
| JAMES CAMPBELL, <br><br> Plaintiff, <br><br> v. <br><br> CABARRUS COUNTY BOARD OF COMMISSIONERS; *and* STEVE MORRIS, *in his official capacity as Board Chairman*, <br><br> Defendants. | **NOTICE OF SPECIAL APPEARANCE** |

Pursuant to Local Rule 83.1(d), please take notice of the special appearance of Emily Rae of Liberty Justice Center as counsel of record for Plaintiff in the above-captioned civil action. Ms. Rae certifies that she is an active member in good standing of both the Bar of the Supreme Court of California and a Bar of the Supreme Court of Texas. Ms. Rae further certifies that she understands that, by entering an appearance, she submits to the disciplinary jurisdiction of the Court for any misconduct in connection with the above-captioned civil action for which she is specially appearing and that she will ensure that an attorney who is familiar with the case and has authority to control the litigation will be at all conferences, hearings, trials, and other proceedings.

Ms. Rae is appearing in the above-captioned civil action in association with Troy Shelton of Dowling PLLC. Mr. Shelton is an active member in good standing with the Bar of this Court. Mr. Shelton certifies that he will remain responsible to this Court for the conduct of the litigation and acknowledges that he must sign all pleadings and papers, except for certificates of service. Mr. Shelton further certifies that he will be present during pretrial conferences, potentially dispositive proceedings, and at trial.

Dated: March 26, 2025

/s/ Troy D. Shelton
Troy D. Shelton
N.C. State Bar No. 48070
tshelton@dowlingfirm.com
DOWLING PLLC
3801 Lake Boone Trail, Suite 260
Raleigh, North Carolina 27607
Telephone: (919) 529-3351

/s/ Emily Rae
Emily Rae*
Noelle Daniel**
LIBERTY JUSTICE CENTER
7500 Rialto Blvd.
Suite 1-250
Austin, TX 78735
(512) 481-4400 - telephone
erae@libertyjusticecenter.org
ndaniel@libertyjusticecenter.org

*special appearance
**special appearance forthcoming
Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I certify that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Email: jmcalister@mgclaw.com
JAMES D. MCALISTER
McAngus Goudelock & Courie
Post Office Box 30307
Charlotte, NC 28230
Phone: (704) 405-4638
Fax: (704) 643-2376
Attorney for Cabarrus County Board of Commissioners
and Steve Morris, in his official capacity as Board Chairman

    /s/ Emily Rae
    Emily Rae