# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

James Campbell

      v.                                      Case Number: 1:24CV00975

Cabarrus County Board of Commissioners, et al

# N O T I C E

**Take notice** that a proceeding in this case has been set/re**set** as indicated below:

          **PLACE:**  John Hervey Wheeler
                          United States Courthouse
                          323 E. Chapel Hill St., Durham, NC
**COURTROOM NO.:**  Second Floor Courtroom
 **DATE AND TIME:**  May 21, 2025 at 9:30 a.m.
     **PROCEEDING:**  Initial Pretrial Conference

**Local Rule 16.1(b) provides that the parties must hold their R. 26(f) conference at least 14 days before the scheduled initial pretrial conference and submit to the court their report within 10 days thereafter.** The scheduled initial pretrial conference is automatically canceled upon the submission to the court of the Joint Rule 26(f) Report (LR 16.2) that includes ==**L.R. 5.4 & 5.5 requirements.**== **If parties are unable to reach agreement on a discovery plan and therefore submit separate Rule 26(f) Reports (LR 16.3),and (L.R. 5.4 & 5.5) they shall appear for the scheduled initial pretrial conference.**

_____

Larry Cunningham, Clerk

By: /s/ Kimberly Garrett, Deputy Clerk

Date: March 27, 2025

TO:    ALL COUNSEL AND/OR PARTIES OF RECORD