# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JAMES CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:24CV975 |
| | ) | |
| CABARRUS COUNTY BOARD OF | ) | |
| COMMISSIONS; and STEVE MORRIS, in his | ) | |
| official capacity as Board Chairman, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER APPROVING JOINT RULE 26(f) REPORT AND LOCAL RULE 5.5 REPORT

The Court has reviewed the Joint Rule 26(f) Report (Docket Entry 17) and Local Rule 5.5 Report (Docket Entry 18) submitted by the parties which, *inter alia*, adopts the default procedures of Local Rule 5.4(c) regarding filing documents under seal. The Court approves both with the following modifications:

1. Discovery shall commence upon entry of this Order.

2. Reports from retained experts under Rule 26(a)(2) shall be due during the discovery period from Plaintiff by July 14, 2025.

3. The parties shall select an agreed-upon mediator no later than June 11, 2025. If no mediator is selected by that date, the Clerk will select a mediator from the Court's panel of mediators.

4. The parties shall be allowed until June 20, 2025 to request leave to join additional parties or amend pleadings. After this date, the Court will consider, *inter alia*, whether the granting of leave would delay trial.

5. All dispositive motions shall be filed on or before October 30, 2025.

/s/ Joe L. Webster<br>United States Magistrate Judge

Date: May 21, 2025