IN THE UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
CIVIL ACTION NO. 1:24-CV-975-JPB-JLW

| | |
|---|---|
| JAMES CAMPBELL,<br><br>    Plaintiff,<br><br>v.<br><br>CABARRUS COUNTY BOARD OF COMMISSIONS; AND STEVE MORRIS, IN HIS OFFICIAL CAPACITY AS BOARD CHAIRMAN,<br><br>    Defendants | **JOINT MOTION TO EXTEND THE DEADLINE FOR SELECTION OF MEDIATOR** |

Pursuant to docket text filed on May 22, 2025, Selection of Mediator in this case is due by June 11, 2025. Counsel for the parties are still in the process of meeting and conferring to select a mediator and therefore jointly request an additional 14 days to inform the Court of the parties' selection. This would extend the deadline to inform the Court of the parties' selected mediator to June 25, 2025.

    Respectfully submitted,

        /s/ Troy D. Shelton
        Email: tshelton@dowlingfirm.com
        Dowling PLLC
        3801 Lake Boone Trail, Suite 260
        Raleigh, North Carolina 27607
        Attorney for James Campbell

/s/ Emily Rae*
Email: erae@libertyjusticecenter.org
Liberty Justice Center
7500 Rialto Boulevard, Suite 1-250
Austin, Texas 78735
Attorney for James Campbell
**Special Appearance*

/s/ James D. McAlister
Email: jmcalister@mgclaw.com
McAngus, Goudelock & Courie, PLLC
PO Box 30307
Attorney for Cabarrus County Board of Commissioners; and Steve Morris, in his official capacity as Board Chairman