IN THE UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
CIVIL ACTION NO. 1:24-CV-975-JPB-JLW

JAMES CAMPBELL,

     Plaintiff,

v.

CABARRUS COUNTY BOARD OF
COMMISSIONS; AND STEVE
MORRIS, IN HIS OFFICIAL
CAPACITY AS BOARD
CHAIRMAN,

     Defendants

**[PROPOSED] ORDER
GRANTING JOINT MOTION TO
EXTEND THE DEADLINE FOR
SELECTION OF MEDIATOR**

The parties' Joint Motion to Extend the Deadline for Selection of Mediator

is hereby GRANTED. The deadline is extended from June 11, 2025 to June 25,

2025.

IT IS SO ORDERED.

Dated: _____

                                 _____
                                 Joe L. Webster
                                 United States Magistrate Judge