IN THE UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
CIVIL ACTION NO. 1:24-CV-975-JPB-JLW

| | |
|---|---|
| JAMES CAMPBELL,<br><br>    Plaintiff,<br><br>v.<br><br>CABARRUS COUNTY BOARD OF COMMISSIONS; AND STEVE MORRIS, IN HIS OFFICIAL CAPACITY AS BOARD CHAIRMAN,<br><br>    Defendants | NOTICE OF PARTIES' SELECTION OF MEDIATOR |

NOW COME the parties, by and through their respective undersigned counsel, and provide Notice to the Court of their agreement upon the selection of Hugh Stevens, of Stevens, Martin, Vaughn & Tadych, PLLC, as mediator in this action.

This the 25th day of June, 2025.

    Respectfully submitted,

        /s/ Troy D. Shelton
        Email: tshelton@dowlingfirm.com
        Dowling PLLC
        3801 Lake Boone Trail, Suite 260
        Raleigh, North Carolina 27607
        Attorney for James Campbell

/s/ Emily Rae*
Email: erae@libertyjusticecenter.org
Liberty Justice Center
7500 Rialto Boulevard, Suite 1-250
Austin, Texas 78735
Attorney for James Campbell


/s/ James D. McAlister
Email: jmcalister@mgclaw.com
McAngus, Goudelock & Courie, PLLC
PO Box 30307
Attorney for Cabarrus County Board of Commissioners; and Steve Morris, in his official capacity as Board Chairman