IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JAMES CAMPBELL | ) | |
| | ) | |
| v. | ) | 1:24-CV-975 |
| | ) | |
| CABARRUS COUNTY BOARD OF | ) | |
| COMMISSIONS; and STEVE MORRIS, in his | ) | |
| official capacity as Board Chairman | ) | |

## **ORDER**

It appearing that the parties have selected, by agreement, HUGH STEVENS, as mediator in this case, *see* Local Rule 83.9d(a), it is therefore:

ORDERED that HUGH STEVENS is appointed mediator in the above-entitled action. *See* Local Rule 83.9d(a). The mediator shall confer with the parties regarding scheduling of the mediated settlement conference, determine the place and time of the conference, and give notice to the parties. *See* Local Rule 83.9e(b). When the mediated settlement conference is completed, the mediator shall submit the required report to the Clerk. *See* Local Rule 83.9f.

This the 26th day of June, 2025.

/s/ Melisa Bond for
LAWRENCE H. CUNNINGHAM
Clerk of Court