IN THE UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
CIVIL ACTION NO. 1:24-CV-975-JPB-JLW

| | |
|---|---|
| JAMES CAMPBELL,<br><br>    Plaintiff,<br><br>v.<br><br>CABARRUS COUNTY BOARD OF COMMISSIONS; AND STEVE MORRIS, IN HIS OFFICIAL CAPACITY AS BOARD CHAIRMAN,<br><br>    Defendants | **MOTION FOR EMILY RAE TO WITHDRAW AS COUNSEL** |

Plaintiff's counsel, Emily Rae, respectfully requests to withdraw as counsel for James Campbell. Ms. Rae has secured new employment and will no longer be representing Plaintiff in this matter.

Plaintiff consents to Ms. Rae's withdrawal, and Ms. Rae has informed Defendants' counsel of her intent to withdraw.

Brendan Philbin, Senior Counsel for Liberty Justice Center, has specially appeared in this action for the purpose of replacing Ms. Rae as counsel.

Therefore, Ms. Rae requests that this Court issue an order removing her as counsel of record.

Respectfully submitted,

/s/ Troy D. Shelton
Email: tshelton@dowlingfirm.com
Dowling PLLC
3801 Lake Boone Trail, Suite 260
Raleigh, North Carolina 27607
Attorney for James Campbell

/s/ Emily Rae*
Email: erae@libertyjusticecenter.org
/s/ Brendan Philbin*
Email: bphilbin@libertyjusticecenter.org
Liberty Justice Center
7500 Rialto Boulevard, Suite 1-250
Austin, Texas 78735
Attorneys for James Campbell
*Special Appearance