IN THE UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
CIVIL ACTION NO. 1:24-CV-975-JPB-JLW

| | |
|---|---|
| JAMES CAMPBELL, <br><br> Plaintiff, <br><br> v. <br><br> CABARRUS COUNTY BOARD OF COMMISSIONS; AND STEVE MORRIS, IN HIS OFFICIAL CAPACITY AS BOARD CHAIRMAN, <br><br> Defendants | **NOTICE OF SETTLEMENT** |

Pursuant to L.R. 83.3, the Parties hereby notify the Court that they have reached a settlement as to all claims among them in this matter. The Parties are in the process of finalizing all settlement documents and complying with the proposed terms, and will provide the Court with any additional information requested. The Parties anticipate that completion of the settlement process, including preparation and submission of dismissal documents, will be completed within the next thirty (30) days, and request the Court to Stay all pending deadlines and proceedings during this time.

      This the 14th day of October, 2025.

      Respectfully submitted,

/s/ Troy D. Shelton
Email: tshelton@dowlingfirm.com
Dowling PLLC
3801 Lake Boone Trail, Suite 260
Raleigh, North Carolina 27607
Attorney for James Campbell


/s/ Brendan Philbin*
Email: bphilbin@libertyjusticecenter.org
Liberty Justice Center
7500 Rialto Boulevard, Suite 1-250
Austin, Texas 78735
Attorney for James Campbell


/s/ James D. McAlister
Email: jmcalister@mgclaw.com
McAngus, Goudelock & Courie, PLLC
PO Box 30307
Attorney for Cabarrus County Board of Commissioners; and Steve Morris, in his official capacity as Board Chairman