IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

**JAMES CAMPBELL,**

    Plaintiff,

v.                                                 **CIV. ACT. NO. 1:24-CV-975**
                                                 Judge Bailey

**CABARRUS COUNTY BOARD OF
COMMISSIONERS; and STEVE MORRIS,**
in his official capacity as Board Chairman,

    Defendants.

## ORDER

On October 10, 2025, the parties filed a Notice of Settlement, advising this Court that the parties have reached a settlement as to all claims among them in the above-styled matter. *See* [Doc. 25]. Thus, it is hereby **ORDERED** that this civil action be, and the same is hereby, **DISMISSED WITH PREJUDICE** and retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED**.

The Clerk is directed to forward copy of this Order to all counsel of record herein.

1

**DATED:** October 14, 2025.

_____
JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

2